UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff,

vs.

ANTWUAN HOLMES-LEWIS,

       Defendant.
_____/

Case No. 21-20437

HON. ROBERT H. CLELAND

**ORDER GRANTING MOTION TO WITHDRAW
AND DETERMINING EXCLUDABLE DELAY**

This matter comes before the court on Mark Awada's [#35] Motion to Withdraw filed on June 17, 2022. A hearing was held on June 30, 2022, and for the reasons stated on the record the motion will be granted. Therefore,

IT IS ORDERED that the Motion to Withdraw is **GRANTED**. The Federal Community Defender's Office is directed to appoint new counsel. A telephone status conference shall be scheduled after the filing of the appearance of new counsel. All current deadlines will be reset.

IT IS FURTHER ORDERED that the time period from June 30, 2022 to July 30, 2022 shall be excludable from time calculation mandated by the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A)(B) and 18 U.S.C. § 3161(H)(7)(B)(iv), and that the ends of justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: July 5, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 5, 2022, by electronic and/or ordinary mail.

                                                      S/Lisa Wagner  
                                                     Case Manager and Deputy Clerk  
                                                     (810) 292-6522