UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

                              Criminal No: 21-cr-20437

v.                            Honorable:  Robert H. Cleland

ANTWUAN HOLMES-LEWIS,
        Defendant.
_____/

ORDER ALLOWING PRE-TRIAL SERVICES
TO PRODUCE DEFENDANT'S ELECTRONIC MONITORING DATA

      This matter having come before the Court upon the motion of the United States, requesting the production of certain electronic monitoring (tether) records for the above-named defendant, and the Court having reviewed the basis for the government's request as detailed in their motion, and finding good cause to grant the motion, and being otherwise fully advised, states as follows:

      **IT IS HEREBY ORDERED** that the Pretrial Services Department for the District Court for the Eastern District of Michigan shall produce any and all appropriate records related to the electronic (tether) monitoring for Defendant Antwuan Holmes-Lewis during the time period of his release on bond with location monitoring.

**IT IS HEREBY ORDERED.**

 s/Robert H. Cleland
Hon. Robert H. Cleland
United States District Court Judge

Dated: October 7, 2022